Alis E. Troya, Bar No. 137908
Brooks L. Iler, SBN 99020
alis@troyalaw.com
LAW OFFICE OF ALIS E. TROYA
181 Ave La Pata Ste 200
San Clemente, CA 92673
Tel (949) 276-6134
Fax (949) 498-7992

Attorneys for Plaintiff, KAMBIZ KASHANI

Daniel W. Maguire (SBN 120002)
dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel (213)236-0600
Fax (213)236-2700

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **KAMBIZ KASHANI,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>　　　　Defendant. | **CASE NO. 8:22-cv-01974 FWS (DFMx)**<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties have reached a settlement in principle and are in the process of finalizing the settlement terms. The parties anticipate that they will need an additional 30 days to complete the necessary settlement documents.

The parties therefore request that the Court vacate all previously set hearings and filing deadlines.

Dated: February 6, 2023.

| LAW OFFICE OF ALIS E. TROYA | BURKE, WILLIAMS & SORENSEN LLP |
|---|---|
| By: *s/ Alis E. Troya*<br>   Alis E. Troya<br>   alis@troyalaw.com<br><br>Attorneys for Plaintiff | By: *s/ Daniel W. Maquire*<br>   Daniel W. Maguire<br>   dmaguire@bwslaw.com<br><br>Attorneys for Defendant |

Pursuant to Local Rule 5-4.3.4 of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Central District of California, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Daniel W. Maguire to affix his electronic signature to this document.

Dated: February 6, 2023　　　　　　　　　　**LAW OFFICE OF ALIS E. TROYA**

　　　　　　　　　　　　　　　　　　　　　By: *s/ Alis E. Troya*
　　　　　　　　　　　　　　　　　　　　　　　　Alis E. Troya