**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ KASHANI,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 8:22-cv-01974-FWS-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [18]** |

///

///

///

Having considered and reviewed the Parties' Stipulation to Dismiss Action with Prejudice [18] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 10, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE